02-00463
Cincinnati
Weber

CC
02-464

# Supreme Court of the United States
## Office of the Clerk
### Washington, DC 20543-0001

RECEIVED
OCT 1 4 2003

October 6, 2003

William K. Suter
Clerk of the Court
(202) 479-3011

FILED
OCT 2 1 2003
LEONARD GREEN, Clerk

LEONARD GREEN, Clerk
United States Court of Appeals for the Sixth Circuit
524 Potter Stewart Courthouse
100 East Fifth Street
Cincinnati, OH 45202

C-1-02-463

Re: Dale G. Becker
v. Ohio
No. 02-10644
(Your No. 02-4061)

Dear Clerk:

The Court today entered the following order in the above entitled case:

The petition for a writ of certiorari is denied.

Sincerely,

William K. Suter, Clerk